# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RAFAELA G. DE LA ROSA  
2904 ARCADIA TERRACE          SSN-xxx-xx-7688  
ROCKFORD, IL  61101

Case Number: 04-70569

Case filed on: 2/5/2004  
Plan Confirmed on: 3/30/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $14,220.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 900.00 | 900.00 | 900.00 | 0.00 |
|  | Total Legal | 900.00 | 900.00 | 900.00 | 0.00 |
| 999 | RAFAELA G. DE LA ROSA | 0.00 | 0.00 | 396.70 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 396.70 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 6,450.00 | 6,450.00 | 6,450.00 | 3,627.91 |
| 002 | US BANK NA | 5,950.46 | 1,751.90 | 1,751.90 | 0.00 |
|  | Total Secured | 12,400.46 | 8,201.90 | 8,201.90 | 3,627.91 |
| 001 | FORD MOTOR CREDIT CORP | 1,654.63 | 0.00 | 0.00 | 0.00 |
| 003 | COLLECTION BUREAU OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | G.C. SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 343.75 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 604.71 | 0.00 | 0.00 | 0.00 |
| 011 | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WELLS FARGO FINANCIAL | 212.51 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,815.60 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 16,280.06 | 9,265.90 | 9,662.60 | 3,627.91 |

Total Paid Claimant:     $13,290.51  
Trustee Allowance:       $929.49  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 06/25/2008        By  /s/Heather M. Fagan